UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kenneth Haupt,   Case No. 3:20-cv-1517

    Plaintiff

v.   MEMORANDUM OPINION
AND ORDER

Commissioner of Social Security Administration,

    Defendant

    Before me is the Report and Recommendation ("R & R") of Magistrate Judge Carmen E. Henderson filed on September 1, 2021. (Doc. No. 17). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

    Following review of Judge Henderson's R & R, I adopt it in its entirety as the Order of the Court. I agree with Judge Henderson's findings that the ALJ properly considered the letter of Plaintiff's treating psychologist, Anupam Anil Jha, MD, and properly explained his decision to discount Dr. Jha's "check the box form" assessment. Further, I agree that because the ALJ properly

discounted the form assessment, the ALJ did not err in concluding Plaintiff did not meet Listing 12.03. Therefore, the Commissioner's decision is affirmed, and this case is dismissed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge